# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TODD TRIPP

NO. 2022 KW 0985

**NOVEMBER 8, 2022**

---

In Re:   Todd Tripp, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 43259.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED.** The district court's ruling denying relator's motion to quash La. R.S. 14:91.5 as unconstitutional is vacated. The matter is remanded to the district court to notify the Attorney General of relator's constitutional challenge and to afford the Attorney General a meaningful opportunity to be heard and participate in the proceedings.  See **State v. Broussard,** 2018-0616 (La. App. 1st Cir. 12/21/18), 268 So.3d 307.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT